IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,

  v.

                                      Case No.  20-cv-463-wmc

NANCY PELOSKI - HOUSE SPEAKER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

  /s/                                                            5/14/2021
Peter Oppeneer, Clerk of Court                      Date